Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**ABDOREZA NIKTAB,**            Case No. 3:13-cv-00586-HA

    Plaintiff,

vs.            ORDER

**COMMISSIONER of Social Security,**

    Defendant.

Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that an attorney fee in the amount of $24,595.50 is awarded to Plaintiff's attorney. The Court finds this a reasonable fee. When issuing the check for this fee the Social Security Administration shall subtract the amount of the previously paid EAJA fee ($11,782.26) and send, to PO Box 421, West Linn, OR 97068, the balance of $12,813.24, minus any user fee, by check made payable to Bruce Brewer. Any amount withheld after all administrative and court attorneys fees have been paid shall be released to Plaintiff.

ORDERED this 21st day of June, 2017

_____
U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581
503-621-6633